IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>V.<br><br>BORON CAPITAL, LLC, BC HOLDING 2017, LLC, UNITED BNB FUND 2018, LLC AND BLAKE ROBERT TEMPLETON,<br><br>      Defendants. | MISCELLANEOUS CASE NO. _____<br><br>(ORIGINAL CASE PENDING IN THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, LUBBOCK DIVISION; CASE NO. 5:22-CV-114-C) |

## RECEIVER'S §754 NOTICE

Albert C. Black, III, Court-appointed Receiver for Blake Robert Templeton, Boron Capital, LLC, BC Holding 2017, LLC, and United BNB Fund 2018, LLC in a case styled *Securities and Exchange Commission v. Blake Robert Templeton, Boron Capital, LLC, BC Holding 2017, LLC, and United BNB Fund 2018, LLC*; Cause No. 5:22-cv-114-C; in the United States District Court for the Northern District of Texas, Lubbock Division ("Receiver"), files this Notice Pursuant to U.S.C. 28, § 754.

    1.    U.S.C. 28, § 754 states, in part:

> A receiver appointed in any civil action or proceeding involving property, real, personal or mixed, situated in different districts shall, upon giving bond as required by the court, be vested with complete jurisdiction and control of all such property with the right to take possession thereof.
>
> He shall have capacity to sue in any district without ancillary appointment, and may be sued with respect thereto as provided in section 959 of this title.
>
> Such receiver shall, within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located. The failure to file such copies in any district shall divest

the receiver of jurisdiction and control over all such property in that district.

2. Therefore, contemporaneously herewith, the Receiver has submitted (1) the Complaint (Ex. A); (2) the Order Unsealing the case (Ex. B); and (3) the Order Appointing Receiver (Ex. C), and requests this Court to assign it a miscellaneous case number and file it amongst the papers of this Court.

DATED this 20th day of June, 2022.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By: */s/ Dennis L. Roossien, Esq.*
JAMES M. MCGEE
Texas State Bar No. 13613220
Dennis L. Roossien, Jr.
Texas State Bar No. 00784873
500 N. Akard Street, Suite 3800
Dallas, TX 75201
jmcgee@munsch.com
droossien@munsch.com
(214) 855-7500
(214) 855-7584 (fax)

ATTORNEYS FOR ALBERT C. BLACK, III, RECEIVER

4888-7993-7829v.1